UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| BERNARD KANE JOHNSON | ) | |
| | ) | |
|    *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-29 |
| | ) | *Phillips* |
| | ) | |
| VIRGINIA LEWIS, Warden | ) | |
| | ) | |
|    *Respondent*. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**.

**E N T E R:**

   s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
   CLERK OF COURT